```
JULIE M. MCCOY, Bar No. 129640
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICES OF JULIE M. MCCOY
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>Patricia A. DeJean, aka<br>Patricia A. Griffin,<br><br>          Defendant | No. CV 12- **1699**<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Patricia A. DeJean, aka Patricia A. Griffin, in the principal amount of $989.90 plus interest accrued to September 28, 2009, in the sum of $96.94; with interest accruing thereafter at the daily rate of $0.10 until entry of judgment, for a total amount of $1,086.84.

DATED:   3/2/2012          By:     TERRI NAFISI
                                    Clerk of the Court
                                    L. RAYFORD
                                    Deputy Clerk
                                    United States District Court